AO91 (Rev. 12/03) Criminal Complaint                                    AUSA E. Paxton Warner

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:26-po-01370

Jaime RICO-Vazquez  
IAE  
Mexico 1984

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 10, 2026** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jaime RICO-Vazquez was encountered by Border Patrol Agents near Sullivan City, Texas, on February 10, 2026. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico. It was determined that he entered the United States illegally on February 10, 2026 at a place other than as designated by immigration officers by illegally crossing the Rio Grande River near Sullivan City, Texas.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Presichi, Jose  Border Patrol Agent  
Signature of Complainant

Presichi, Jose  Border Patrol Agent  
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

February 11, 2026    9:46    at    McAllen, Texas  
Date                                              City/State

Juan F Alanis    U.S. Magistrate Judge  
Name of Judge    Title of Judge

Signature of Judge